**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 400 MAL 2018

                Respondent    :

                              :    Petition for Allowance of Appeal from

                              :    the Order of the Superior Court

           v.                     :

                              :

LEYRON JOHNS,                 :

                              :

              Petitioner    :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 7th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.